IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROILNA

FILED
CHARLOTTE, NC
DEC 1 5 2011
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

**Designation of a Magistrate Judge for Service in Another District**

In Re:    3:11CV565                                             ORDER
Percy Allen Williams Jr. vs. Jones, et al.

Pursuant to 28 U.S.C. § 636(f), in an emergency and upon the concurrence of the chief judges of the districts involved, a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsections (a), (b), or (c) of this section in a judicial district other than the judicial district for which he or she has been appointed. No magistrate judge shall perform any of such duties in a district to which he or she has been temporarily assigned until an order has been issued by the chief judge of such district specifying the emergency by reason of which the magistrate judge is being transferred, the duration of his or her assignment, and the duties which he or she is authorized to perform.

Due to exigencies, the Fourth Circuit Court of Appeals has assigned the above-captioned civil case in the Western District of North Carolina to the Honorable Frederick P. Stamp, Jr., a U.S. senior district judge in the Northern District of West Virginia. This assignment has created an emergency situation in the Western District of North Carolina due to the unavailability of a Western District of North Carolina magistrate judge to assist Judge Stamp with his work on the case. For this reason, the court certifies the need for assistance from a visiting U.S. magistrate judge from the Northern District of West Virginia, the Honorable James E. Seibert, during pendency of this case in the court.

**THEREFORE,**

**IT IS ORDERED,** with the concurrence of the Honorable John Preston Bailey, Chief Judge of the Northern District of West Virginia, that United States Magistrate Judge

James E. Seibert is hereby designated to hold court and perform any and all judicial duties designated under 28 U.S.C. §636, subsections (a), (b), and (c), on an as needed basis, in the Western District of North Carolina from December 15, 2011 to December 31, 2012.

Dated this \_\_\_15th\_\_\_ day of December 2011

_____
Honorable Robert James Conrad, Jr.,
Chief U.S. District Judge